UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **Taneshia S. Robinson**, ) | |
| ) | |
| *Plaintiff*, ) | |
| ) | |
| v. ) | Civil Action No.: |
| ) | **2:09-cv-00266-SRW** |
| **World Finance, LLC,** et al., ) | |
| ) | |
| *Defendants.* ) | |

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

**COMES NOW** Plaintiff Taneshia S. Robinson, pursuant to Rule 41(a)(1)(A)(i) of the *Federal Rules of Civil Procedure*, and gives notice to this Honorable Court that Plaintiff is hereby dismissing all pending claims against *only* Defendant World Finance, LLC. Plaintiff hereby respectfully requests that this Defendant be dismissed from the above styled action without prejudice.

Furthermore, Plaintiff respectfully notifies this Honorable Court that each and every Defendant has been dismissed herefrom and this cause is due to be closed at this time.

**RESPECTFULLY SUBMITTED** this the 25th day of June, 2009.

> **/s/ Anthony B. Bush**
> Anthony Brian Bush (BUS028)
> Bar Id.:  ASB-7306-A54B
> Law Offices of Jay Lewis, LLC
> 847 S. McDonough Street, Suite 100
> Montgomery, Alabama 36104
> Phone:	(334) 263-7733
> Facsimile:	(334) 832-4390
> Email: anthonybbush@yahoo.com
> *Attorney for Plaintiff*

**CERTIFICATE OF SERVICE**

      I hereby certify that on this the 25th day of June, 2009 I have served a true an correct copy of the foregoing document through either the U.S. Postal Mail, properly addressed and postage prepaid, or this Court's CM/ECF electronic filing system on the following:

All Parties of Record

World Finance, LLC
c/o Tammie Brown
5092 Summerville Road
Boaz, Alabama 35957

                                              /s/ Anthony B. Bush
                                              Of Counsel