IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| TANESHIA ROBINSON, | ) | |
| | ) | |
|     Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
|     v. | ) | 2:09cv266-MHT |
| | ) | (WO) |
| WORLD FINANCE, LLC, | ) | |
| a domestic limited | ) | |
| liability company, et al., | ) | |
| | ) | |
|     Defendants. | ) | |

## JUDGMENT

In accordance with the notice of voluntary dismissal (Doc. No. 41), it is the ORDER, JUDGMENT, and DECREE of the court that defendant World Finance, LLC, and all claims against it are dismissed without prejudice.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

The clerk of the court may now close this case.

DONE, this the 27th day of July, 2009.

                                            /s/ Myron H. Thompson
                                    UNITED STATES DISTRICT JUDGE